IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRENCE BROWNLEE, | | |
|        Petitioner, | No. CIV S-10-3478 GGH P | |
|    vs. | | |
| MIKE McDONALD, | | |
|        Respondent. | ORDER | |

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, it is not entirely clear what petitioner is challenging.

       In his application, petitioner challenges a conviction issued by the Fresno County Superior Court around 1980. Petitioner first alleges that his plea bargain records from 1980 have been lost or destroyed. Petitioner also alleges that his current state court habeas petitions were improperly denied because the state courts did not have the records. Petitioner states that his incarceration is also in violation of his plea bargain. Petitioner later claims that he has been denied parole in several parole hearings because the parole board does not have copies of his plea bargain. Petitioner states he has several other habeas cases regarding these parole claims pending.

\\\\\

1       Ultimately, it is hard to discern petitioner's claims.[1]  The petition is dismissed and
2 petitioner will be given one chance to file an amended petition within 28 days of service of this
3 order.
4       Accordingly, IT IS HEREBY ORDERED that the petition is dismissed and
5 petitioner will be given one opportunity to file an amended petition within 28 days of service of
6 this order.  Failure to file an amended petition will result in this case being dismissed.
7 DATED: February 22, 2011

      /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ab
brow3478.100

---

[1] The court notes that state appellate court denied petitioner habeas petition on April 16, 2010, as it was incomprehensible.  Petition at 79.

2